IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE M. AULETTE, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | NO. 07-5128 |
| COMMISSIONER, | : | |
|   Commissioner of Social Security | : | |
|   Administration, | : | |
|     Defendant. | : | |

**ORDER**

**FILED**
NOV 2 5 2008
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

AND NOW, this 24 day of ~~October~~ November, 2008, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Claimant's Request for Review is DENIED; and

3. Judgment shall be entered in this matter in favor of the DEFENDANT.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.